UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALBERT DIAZ,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. CV 14-06995-JFW (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that Plaintiff's Motion To Revoke Judgment and Motion To Vacate Dismissal Order are GRANTED and that both the Default Judgment and Dismissal are VACATED.

DATED: June 3, 2015

                JOHN F. WALTER
                UNITED STATES DISTRICT JUDGE