UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MANUEL ALBERT DIAZ,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SSA,<br>Defendant. | Case No.: 2:14-cv-06995-JFW-JEM<br><br>ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:

_/s/ John E. McDermott_
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE